ACCEPTED
04-15-00175-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/20/2015 3:22:53 PM
KEITH HOTTLE
CLERK

# NO. 04-15-00175-CV

_____

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

05/20/2015 3:22:53 PM

KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS
FOR THE FOURTH DISTRICT
SAN ANTONIO, TEXAS

_____

## TEXAS MUTUAL INSURANCE COMPANY,
*Appellant,*

*v.*

## ANDREW S. McGAHEY,
*Appellees***.**

_____

On Appeal from the 131st District Court of Bexar County, Texas
Trial Court Cause No. 2013-CI-12185
Honorable Richard Garcia, Judge Presiding

_____

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL FOR APPELLANT TEXAS MUTUAL INSURANCE COMPANY

TO THE HONORABLE FOURTH COURT OF APPEALS:

Pursuant to Rule 6.1, Texas Rules of Appellate Procedure, Appellant Texas

Mutual Insurance Company designates the following as lead counsel in this appeal:

James A. Hemphill
Graves Dougherty Hearon & Moody, P.C.
401 Congress Avenue, Suite 2200
Austin, Texas 78701
State Bar No. 00787674
(512) 480-5762 direct phone
(512) 536-9907 direct fax
jhemphill@gdhm.com

Respectfully Submitted,

GRAVES DOUGHERTY HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2200
Austin, Texas 78701
(512) 480-5600 phone

By /s/ *James A. Hemphill*
James A. Hemphill
State Bar No. 00787674
(512) 480-5762 direct phone
(512) 536-9907 direct fax
jhemphill@gdhm.com

/s/ *R. Scott Placek*
R. Scott Placek
State Bar No. 00784796
splacek@arnoldplacek.com
ARNOLD & PLACEK, P.C.
203 East Main Street, Suite 201
Round Rock, Texas  78664
(512) 341-7044
(512) 341-7921 fax

ATTORNEYS FOR PLAINTIFF
TEXAS MUTUAL INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the following as indicated below on May 20, 2015.

Andrew S. McGahey
Defendant *Pro Se*
4636 East OST Drive
Houston, TX 7701
*via* certified mail, return receipt requested

Robin Sanders
Assistant Attorney General
PO Box 12548, MC-018
Austin, Texas  78711-2548
Attorney for Texas Department of Insurance, Division of Workers' Compensation
*via* certified mail, return receipt requested

/s/ *James A. Hemphill*
James A. Hemphill

3